Noha Shehabeldin
Potitioner
V.
NYC police Department,
water Maselli, Rojas Denise

ORIGINAL

complain 1 of 3

Asking For Jury Trail

AMON, CH.J.

GOLD, M.J.

CV 13 - 0138



Potitioner: live at 9513 3rd AVE 3rd Floor Brooklyn NY 11209
(347) 576 5556.

Respondents Address:
- NYC police department   one police plaza NYC 10038
- water Maselli : 960 Carroll St Brooklyn NY 11235
- Rojas Denise : 960 Carroll St Brooklyn NY 11235

• Respondent NYC police Department is Responsipal for unlwfual arrest, False imprasioner, put my info online as a public record before I even go for Trail when I was never convicated of anything during that. damage my Repeatetion. lost of time at work + costs. Also one of the cops when I was in Jail spitt on me. Respondent are being sueing as offical capacity.

• Respondent water Maselli and Rojas Denise are being suing as a persons and offical capacity, Respondents all time acting and repersinting the City Employees.

Respondent water Maselli is arresting officer, Toke me to Jail, False testified in court.

Respondent Rojas Denise assest in the arrest physcialy + False testifed

Respondents also accused me of being a terror Falsely saying that I tolled them I will boam up the hall country For you

Noha Shehabeldin
Noha Shehabeldin                01-09-12

Noha Shehabeldin
: Petitioner
    V.
NYC Police Department ~~City Any~~ NS
water maselli, Rojas Denise

Complain   3 pages

Asking For Jury Trail

**Statment:** I Noha Shehabeldin bringing this action For case of loss, expanse, vilation of civil rights. This action is taking by a citizen of USA against respondents For unlwFual arrest, False imprasioner, lost of time at work, cost of expensive.

**Parties:** NYC police Department. water maselli. Rojas Denise.

**Facts:** Not guilty of any charge For the arrest of this case arrest on 01-09-10 Docket # 2010 KN012335. Never gulity of any crime. on 01-09-10 Respondent arrest and locket potitioner in Jail For long time. Respondents water maselli and Rojas Denise testifed in court and court did not except their words as a wittness when it was proffing it was lies. 10 days petitioner appered in court + 1 day Jail all did not go to work to attend court + cost of 4.50 each day to get to court.

**Place, time of incedent:**

Arrest toke place in #3 Train in Brooklyn NY between Atlantic AVE and New lots Station. Arrest # 075/602800 on saturday of 01-09-2010. locked inside a cell at pricent (Jaill) 960 Carroll St Brooklyn NY 11235 around 10:00 Am

**Cases of action:**
1- unlwfual arrest
2- False imprasonier
3- lost of time at work for 10 days + 1 day in Jail
4- Cost/Expensive that cased 4.50 per day cost of Transportation to get to court for 10 days + cost of this case. Noha Shehabeldin / Noha Shehabeldin 01-09

Noha Shehabeldin
  petitioner
      V.
NYC police Department, water
maselli, Rojas Denise

Factual allagation: on 01-09-10 in # 3 Train 2 Femal cops was making fun of me and pointing at me, I walk away while subway was not moving becouse it was going to became a fight, they followed me and arrest me, toke me into a room inside Newlots station one of the scarime in my face saying go back were you came from. Then call up for me. water maselli came and toke me to jail. he wrote the arrest by his name to get the credit for it when he did not see what happend. When I was in jail one of the under cover cops spitt on me when I was laying at the bance in jail (their was a vediow cameria) water and Rojas came to court Trail give false info it was proffing it's ties as a result their words did not exacpted by court as a wittness.

Asking for money to what court find Resonable.

01-09-12   (347) 576 5556                    Noha Shehabeldin
                                              Noha Shehabeldin

Noha Shehabeldin
potitioner
v.
NYC police department,
water Maselli, Rojas Denise

Asking For Jury Trail

Potitioner: live at 9513 3rd Ave 3rd Floor Brooklyn NY 11209.
(347) 576 5556

Respondent Address:

NYC police department = one police plaza NYC 10038

Water Maselli and Rojas Denise = 960 Carroll St Brookly NY 11233.

- Respondent: NYC police department is Responspiel for unlawful arrest imperisoner, false imprasher, put my info online as a public Record before during that I even go For Trail when I was never convicated of anything, damage my Rapatetion. lost of time at work + costs. Also one of the cops when I was in Jail spitt on me. Respondent are being sueing as offical capacity

- Respondent = water Maselli and Rojas Denise are being suing as a person and as offical capacity, Respondents all time acting and repersinting the city palky Employees. were on
Repondent water Maselli testifed and is arresting officer, Toke me to Jail, false testifed in court his was proffing it was a lies.
Respondent Rojas Denise assest in the arrest physcialy + falsly testifed in court that was proffing it was a lies. Respondent
Respondent also accused me of being a terror Falsly saying that I tolled them I will boam up the hall country For

RECEIVED JAN 9 - 2013 PRO SE OFFICE

Noha Shehabeldin
Noha Shehabeldin

Noha Shehabeldin
Petitioner
V.
NS People ~~City of NY~~ / NYC police department, water Maselli, Rojas Denise

Complain

Asking For Jury Trail

**Statement:** I Noha Shehabeldin bringing this action for case of loss, expanse, vilation of civil rights. This action is taking by a citizen of USA against Respondents for unlwfual arrest, False imprasmer, lost of time at work, cost of Expensive.

**Parties:** ~~City of NY~~ NS, NYC police Department, water Maselli arresting officer, Rojas Denise arresting officer assistant (as his partener, helpd in Arrest) and came to court with False testofied.

**Facts:**
Not guilty of any charge for the ~~arrest of This case Arrest on 01-09-10~~
Docket # 2010 kn 012335
Never gulity of any crime. on 01-09-10 Respondent locked potitioner in jail for long time. Respondents water Maselli and Rojas Denise testified in court and court did not exept their words as a wittness when it was proffing it was lies. 10 days petitioner ~~attendent~~ appered in court + 1 day Jaill. All did not go to work to attend court. + cost 4.50 each day to go to court.

**place and time of insdent:**
- Arrest toke place in #3 Train in Brookly NY between Atlantic AVE and New lots Stations. Arrest # 075/602800 on saturday of 01-09-2010. locked inside a cell at ~~dist 32 Franklin AVE and Carroll St~~ pricent 960 carroll St Brooklyn NY 11235. around 10:00 Am

**cases of action:**
1- unlwfual arrest
2- False imprasonir
3- lost of time at work for 10 days + 1 day in jail
4- cost/Expensive that cased 4.50 per day cost of Transportation to get to court For 10 days + cost of this case

Noha Shehabeldin 01-09-12
Noha Shehabeldin

Noha Shehabeldin
Petitioner
V.
~~NYPD~~ / NYC police department
/ water maselli, Rojas Denise

Factual allegation: on 01-09-10 in # 3 Train 2 femal cops ~~was~~ making fun of me and pointing at me, I walk away while subway was not moving becouse it was going to ~~end by in~~ became a fight the 2 femals came followed ~~after~~ me and arrest me, toke me into a room inside Newlots subway station scar me in my face telling me go back were you came from. Then call up for me. water maselli came in to the room and toke me to jail. He wrote the arrest by his name to get credit for it when he ~~was not~~ did not see what happend. ~~He came to court for Trail so but his words did not get exapt~~ when I was in jail one of the undercover cops spitt on me when I was laying at the bance in jail (their was a vediow camera). water and Rojas came to court Trail ~~for~~ giving false info it was proffing it was lies. ~~It~~ as a result their words did not exapted by court as a wittness.

- Asking for money, what court find Resonable.

_Noha Shehabeldin_ 01-09-12
Noha Shehabeldin