FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 2 8 2013 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOHA SHEHABELDIN,

                           Plaintiff,

-against-

N.Y.P.D., et al.,

                           Defendants.
------------------------------------------------------------X

NOT FOR PUBLICATION
**AMENDED ORDER**
13-CV-138 (CBA) (SMG)

AMON, Chief United States District Judge.

This Court has received Magistrate Judge Gold's report and recommendation ("R&R") issued February 5, 2013, recommending that the N.Y.P.D. be dismissed from this action because the N.Y.P.D. is not a proper defendant. No party has objected; in fact, plaintiff has agreed to dismiss the N.Y.P.D. as a defendant. (DE 8, 10.) Plaintiff has accordingly obtained leave to file an amended complaint directing her claims against the City of New York. (DE 11.) The Court finds no error in Judge Gold's R&R and adopts it as the opinion of the Court. This order vacates and replaces the Court's prior order of 2/27/13 (DE 12). That order incorrectly directed the Clerk to enter judgment in this case.

SO ORDERED.

Dated: Brooklyn, N.Y.
       Feb 28, 2013

                                        /S/ Chief Judge Carol B. Amon
                                        Carol Bagley Amon
                                        Chief United States District Judge